IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TANYA R. PHILLIPS                                                                                    PLAINTIFF
*on behalf of*
C.B.P., a minor

vs.                                               Civil No. 2:15-cv-02137

CAROLYN W. COLVIN                                                                                 DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 5th day of October 2015, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

    **IT IS SO ORDERED.**

                                              /s/   Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              U.S. MAGISTRATE JUDGE